AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 30, 2024

SEAN F. McAVOY, CLERK

LANCE A. THOMASON,

|  |  |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| STATE OF WASHINGTON, SPOKANE COUNTY PROSECUTING ATTORNEY, COUNTY CITY PUBLIC SAFETY BUILDING, | ) ) ) |
| *Defendant* | ) |

Civil Action No.   2:24-CV-277-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other:   Plaintiff's Complaint, ECF No. 1, is DISMISSED WITH PREJUDICE.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge    Mary K. Dimke _____

Date:   10/30/2024 _____

CLERK OF COURT

SEAN F. McAVOY _____

s/ Nicole Cruz _____
*(By) Deputy Clerk*

Nicole Cruz _____